# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS AS TO: A. S. S. AND W. M. S.,
MINORS.

JENNIFER MARIE BECKHAM; AND
JOHN ROBERT SKELTON, JR.,
Appellants,
vs.
STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES; A. S. S.; AND
W. M. S., MINORS,
Respondents.

No. 82605

FILED

APR 1 4 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant Jennifer Marie Beckham's notice of appeal was docketed on March 10, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing her to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. On March 26, 2021, John Robert Skelton, Jr.'s notice of appeal was docketed without payment of the requisite filing fee. That same date, a notice was issued directing him to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 says. Both appellants were advised that failure to comply would result in the dismissal of their appeal. To date, neither appellant has paid the filing fee or otherwise responded to this court's notices. Accordingly, their appeals are dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

21-10774

cc: Hon. Robert Teuton, District Judge, Family Court Division
Jennifer Marie Beckham
John Robert Skelton, Jr.
Clark County District Attorney/Juvenile Division
American Family Mutual Insurance Company/Legal Dept
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Eighth District Court Clerk